# Third District Court of Appeal

## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0135
Lower Tribunal No. F23-23171
_____

**Juan David Fuentes Cortes**,
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Carlos J. Martinez, Public Defender and Manuel Alvarez, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Daihana Chang, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.